# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DUPREE, </br></br> Plaintiff, </br></br> v. </br></br> NEOS THERAPEUTICS, INC., GERALD MCLAUGHLIN, BRYANT FONG, BETH HECHT, ALAN HELLER, JAMES ROBINSON, GREG ROBITAILLE, JOHN SCHMID, LINDA M. SZYPER, AYTU BIOSCIENCE, INC., and NEUTRON ACQUISITION SUB, INC., </br></br> Defendants. | Case No. 1:21-cv-00124-RGA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 4, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*